In the Matter of the Claim of JANE ORVAL, Respondent, against HOTEL TIMES SQUARE et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

All concur.